UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAM CARLISLE,<br><br>     Plaintiff,<br><br> v.<br><br>TREMONT MORTGAGE TRUST, MATTHEW P. JORDAN, WILLIAM A. LAMKIN, JOHN L. HARRINGTON, JOSEPH L. MOREA, and ADAM D. PORTNOY,<br><br>     Defendants. | Case No. 1:21-cv-07428<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Sam Carlisle("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 12, 2021

               **WEISSLAW LLP**

              By */s/ Richard A. Acocelli*
                 Richard A. Acocelli
OF COUNSEL:            305 Broadway, 7th Floor
                 New York, New York 10007
**LONG LAW, LLC**          Telephone: (212) 682-3025
Brian D. Long           Facsimile: (212) 682-3010
3828 Kennett Pike, Suite 208     Email: racocelli@weisslawllp.com
Wilmington, DE 19807
Tel.: (302) 729-9100         *Attorneys for Plaintiff*
bdlong@longlawde.com